HONORABLE RICHARD A. JONES

12-CV-01707-BCST

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

METROPOLITAN LIFE INSURANCE COMPANY,

    Plaintiff,

v.

TRAN NGUYEN, et al.,

    Defendants.

CASE NO. C12-1707RAJ

ORDER

The court's September 19 order (Dkt. # 26) directed the clerk to issue a check to the Vien-Dung Thi Nguyen Trust in the amount of $110,000, and to hold that check to permit the trustee, Joseph Vu, to pick up the check at the courthouse. Mr. Vu has not claimed the check.

The court therefore directs the clerk to send the check by certified mail to Mr. Vu at his address of record:

Joseph Vu, Trustee of Vien-Dung Thi Nguyen Trust

Lynnwood, WA 98036

DATED this 1st day of October, 2013.

*Richard A Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1