HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

METROPOLITAN LIFE INSURANCE COMPANY,

      Plaintiff,

  v.

TRAN NGUYEN, et al.,

      Defendants.

CASE NO. C12-1707RAJ

ORDER

      On April 4, 2014, the court issued an order directing the clerk to distribute the remainder of the interpleader stake in this action.  That order, along with the court's September 19, 2013 order, disposes of all issues in this action.

      The court accordingly directs the clerk to enter judgment and close this civil case.

      DATED this 30th day of April, 2014.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1